```
                                   United States Bankruptcy Court
                                      District of New Mexico
In re:                                                                                  Case No. 17-11254-t
Nicholas Donald Brainard, JR                                                            Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1084-1           User: frances                Page 1 of 2                 Date Rcvd: May 17, 2017
                               Form ID: 309A                Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             +Nicholas Donald Brainard, JR,    7501 Morrow Avenue NE,    Albuquerque, NM 87110-4528
nfs            +Victoria Szolnoki Brainard,    321 Carlisle Blvd NE,    Albuquerque, NM 87106-1318
3647998        +Almanza Abrahms,    955 E Boutz Rd,    Las Cruces, NM 88001-4240
3647999         American Home Care,    PO Box 89,    Stoneham, MA 02180
3648002        +BOSTON CHILD RENS HOSPITAL,    PO Box 62850,    Baltimore, MD 21264-2850
3648006         BRIGHAM AND WOMEN'S HOSPITAL,    P.O. BOX 3320,    Boston, MA 02241-3320
3648001        +Blue Mountain Ranches Property Owner's,    PO Box 1372,    Pagosa Springs, CO 81147-1372
3648003        +Boston Children's Hospital,    85 Prescott St. Suite 402,    Worcester, MA 01605-2653
3648004         Brigham and Women's,    PO BOX 417125,    Boston, MA 02241-7125
3648037        +Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365-5010
3648008        +CenturyLink,    4411 San Mateo Blvd NE, Ste E6,    Albuquerque, NM 87109-2000
3648009         Children's Hospital Foundation,    PO Box 843058,    Boston, MA 02284-3058
3648011        +Citibank,    BOX 9001037,    Louisville, KY 40290-1037
3648010        +Citibank,    8875 Aero Drive,    San Diego, CA 92123-2251
3647996        +Colleen Renee Dugle,    4310 Marquette NE,    Albuquerque, NM 87108-1120
3648013       #+Deacon Property Services,    4316 Carlisle Blvd NE,    Albuquerque, NM 87107-4829
3648040        +First National Collection,    610 Waltham Way,    Sparks, NV 89434-6695
3648016        +Giddens, Gatton & Jacobus P.C.,    10400 Academy NE, Suite 350,    Albuquerque, NM 87111-7372
3648017        +John Sparks,    4317 Rio Grande Lane NW,    Los Ranchos, NM 87107-3136
3648018        +Lia Billington, Ph.D.,    1395 Missouri Avenue,    Las Cruces, NM 88001-5327
3648019        +Matthew Torres,    507 Roma Ave NW,    Albuquerque, NM 87102-2124
3648041        +Medicredit Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
3648021        +Overlook Medical Center,    99 Beauvoir Ave,    Summit, NJ 07901-3595
3648022        +Pediatric Orthopedics,    P.O. BOX 25506,    Albuquerque, NM 87125-0506
3648023        +Presbyterian Healthcare Services,    P.O. Box 27822,    Albuquerque, NM 87125-7822
3648025        +RADIOLOGY ASSOCIATES,    PO Box 3212,    INDIANAPOLIS, IN 46206-3212
3648026        +Radiology Associates of NM,    Box 3212,    Indianapolis, IN 46206-3212
3648044        +Robinson, Reagan & Young,    105 Broadway Suite 300,    Nashville, TN 37201-2121
3648027         Safeco Insurance,    P.O. Box 5110,    Woodland Hills, CA 91365
3648029        +Steve Maestas,    6801 Jefferson NE,    Albuquerque, NM 87109-4379
3647993        +Thomas G & Marion W Cornish Trust,    3808 Arlote Ave SE,    Albuquerque, NM 87108-2606
3648030        +UNIVERSITY OF NEW MEXICO MED GROUP,    933 Bradbury Dr SE #2222,    Albuquerque, NM 87106-4375
3648031        +UNM HEALTH SCIENCES CENTER,    POST OFFICE BOX 289,    Albuquerque, NM 87103-0289
3648032        +UNM Hospitals,    Box 289,    Albuquerque, NM 87103-0289
3648033        +UNM MEDICAL GROUP,    PO BOX 71 2255,    Denver, CO 80201-0071
3648035        +Victoria Szolnoki Brainard,    321 CARLSILE BLVD NE,    Albuquerque, NM 87106-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: chris@fdlawyersnm.com May 17 2017 23:11:40      Christopher Michael Dziak,
                 Findlay & Dziak, LLC,    3500 Comanche NE, Bldg B,    Albuquerque, NM 87107
tr             +EDI: BEMAZEL.COM May 17 2017 23:08:00      Edward Alexander Mazel,    Askew & Mazel, LLC,
                 1122 Central Ave. S.W.,    Suite 1,    Albuquerque, NM 87102-2947
ust             E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV May 17 2017 23:11:48      United States Trustee,
                 PO Box 608,    Albuquerque, NM 87103-0608
3647997        +EDI: AARGON.COM May 17 2017 23:08:00      Aargon Agency,    8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
3648036        +EDI: AFNIRECOVERY.COM May 17 2017 23:08:00      Afni,Inc,    Box 3517,
                 Bloomington, IL 61702-3517
3648000        +EDI: BANKAMER2.COM May 17 2017 23:08:00      Bank of America,    100 North Tryon Street,
                 Charlotte, NC 28255-0001
3648038        +E-mail/Text: cms-bk@cms-collect.com May 17 2017 23:11:42      Capital Management Services,
                 698 1/2 S Ogden Street,    Buffalo, NY 14206-2317
3648007        +EDI: CCS.COM May 17 2017 23:08:00      Ccs Collections,    725 Canton St,
                 Norwood, MA 02062-2679
3648014         EDI: DIRECTV.COM May 17 2017 23:08:00      Direct TV,    P.O. Box 78626,    Phenix, AZ 85062-8626
3648015         EDI: ESSL.COM May 17 2017 23:08:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0063
3648039        +E-mail/Text: data_processing@fin-rec.com May 17 2017 23:11:41
                 FINANCIAL RECOVERY SERVICES, INC.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
3647994         EDI: IRS.COM May 17 2017 23:08:00      IRS,    P.O. BOX 105416,    Atlanta, GA 30348-5416
3648042        +E-mail/Text: bankruptcydepartment@tsico.com May 17 2017 23:11:46      NCO Financial Systems, Inc,
                 33400 8th Avenue S Suite 100,    Federal Way, WA 98003-2603
3647995        +EDI: NMTRD.COM May 17 2017 23:08:00      New Mexico Taxation & Revenue Department,    PO Box 8485,
                 Albuquerque, NM 87198-8485
3648043        +E-mail/Text: janicemorgan@optimum.net May 17 2017 23:11:47      P.D.A.B. Inc,    66 Ford Road,
                 Suite 114,    Denville, NJ 07834-1300
3648024        +E-mail/Text: pfsbankruptcynotific@phs.org May 17 2017 23:11:44      Presbyterian Hospital,
                 P.O. Box 26268,    Albuquerque, NM 87125-6268
3648028        +EDI: SWCR.COM May 17 2017 23:08:00      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
3648045        +E-mail/Text: bankruptcydepartment@tsico.com May 17 2017 23:11:46      Transworld Sys Inc/51,
                 507 Prudential Rd,    Horsham, PA 19044-2308
3648034        +E-mail/Text: JNGilliam@unmmg.org May 17 2017 23:11:47      UNM Medical Group,
                 933 Bradbury Suite 222,    Albuquerque, NM 87106-4375
                                                                                              TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3648005*         Brigham and Women's,    P.O. Box 417125,    Boston, MA 02241-7125
3648012*        +Colleen Renee Dugle,    4310 Marquette NE,    albuquerque, NM 87108-1120
3648020       ##+New Mexico Legal Group,    800 Lomas Blvd NW, Suite 201,    Albuquerque, NM 87102-1976
                                                                             TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              Christopher Michael Dziak    on behalf of Debtor Nicholas Donald Brainard, JR
               chris@fdlawyersnm.com,    r52771@notify.bestcase.com
              Edward Alexander Mazel     edmazeltrustee@askewmazelfirm.com,
               NM74@ecfcbis.com;psticetrustee@askewmazelfirm.com;hkinneytrustee@askewmazelfirm.com
              United States Trustee     ustpregion20.aq.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Nicholas Donald Brainard JR** | | | Social Security number or ITIN | **xxx–xx–5484** |
| | First Name   Middle Name   Last Name | | | | |
| Non–Filing Spouse | **Victoria Szolnoki Brainard** | | | Last Four of SSN | **xxx–xx–9587** |
| | First Name   Middle Name   Last Name | | | | |
| United States Bankruptcy Court | **District of New Mexico** | | | Date case filed for chapter **7** | **5/17/17** |
| Case number: | **17–11254–t7** | | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **Non–Filing Spouse Address:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Nicholas Donald Brainard JR | |
| 2. | **All other names used in the last 8 years** | aka Donnie Brainard, aka Nicholas Donald Brainard | |
| 3. | **Address** | 7501 Morrow Avenue NE<br>Albuquerque, NM 87110 | 321 Carlisle Blvd NE<br>Albuquerque, NM 87106 |
| 4. | **Debtor's attorney**<br>Name and address | Christopher Michael Dziak<br>Findlay & Dziak, LLC<br>3500 Comanche NE, Bldg B<br>Albuquerque, NM 87107<br>Contact phone   505–234–7007<br>Email   chris@fdlawyersnm.com | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Edward Alexander Mazel<br>Askew & Mazel, LLC<br>1122 Central Ave. S.W.<br>Suite 1<br>Albuquerque, NM 87102 | Contact phone   505–433–3097<br><br>Email<br>edmazeltrustee@askewmazelfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**
5/17/17
page **1**

Case 17-11254-t7   Doc 9   Filed 05/19/17   Entered 05/19/17 22:40:22 Page 3 of 4

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Dennis Chavez Federal Building and United States Courthouse<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103–0546 | Hours open  8:30 AM to 4:30 PM<br><br>Contact<br>phone  505–348–2500/866–291–6805<br><br>Court Website  www.nmb.uscourts.gov |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 19, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Creditors' Meeting Room, Federal Building and U.S. Courthouse, 500 Gold Ave SW, Room 12411, Albuquerque, NM 87102** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/18/17** |
| | | **Deadline to File Certification About a Financial Management Course:**<br><br>- You must file a statement that you have completed the personal financial management course pursuant to Federal Rule of Bankruptcy Procedure 1007(c). | **Filing deadline: 8/18/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt.  If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **2**

Case 17-11254-t7    Doc 9    Filed 05/19/17    Entered 05/19/17 22:40:22 Page 4 of 4